BRUCE M. LUBARSKY, ESQ. (SBN: 034430)
**LAW OFFICES OF DAVID G. FINKELSTEIN**
1528 South El Camino Real, Suite 306
San Mateo, California 94402
Telephone (650) 353-4503
Facsimile (650) 312-1803

Attorneys for Plaintiffs
**GERARD B. STEENMAN,**
**TRUSTEE OF THE STEENMAN 1984 TRUST**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DISTRICT

| | |
|---|---|
| GERARD B. STEENMAN, TRUSTEE OF THE STEENMAN 1984 TRUST,<br><br>Plaintiffs,<br><br>v.<br><br>CHASMAR-SMITHFIELD, INC.; CHARLES A. BERLE; SAMINA AZHAR; AZHAR-SMITHFIELD, LLC and DOES 1 through 10, inclusive<br><br>Defendants. | Case No.: CV-09-05342 SC<br><br>**VOLUNTARY DISMISSAL OF COMPLAINT BY PLAINTIFF**<br>Rule 41(a)(I)(A)(i) |

REQUEST FOR DISMISSAL OF COMPLAINT:

The undersigned party hereby dismisses its complaint herein.

Dated: January 14, 2010                LAW OFFICES OF DAVID G. FINKELSTEIN

                                       By: _____
                                       Bruce M. Lubarsky, Esq., Attorneys for
                                       Plaintiffs GERARD B. STEENMAN,
                                       TRUSTEE OF THE STEENMAN 1984
                                       TRUST

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Samuel Conti]

- 1 -
VOLUNTARY DISMISSAL OF COMPLAINT BY PLAINTIFF Rule 41(a)(I)(A)(i)

MATTER: *Gerard B. Steenman, Trustee of the Steenman 1984 Trust v Chasmar-Smithfield, Inc., et al*

CASE: San Mateo County Superior Court Case No.: CIV 485868

## PROOF OF SERVICE

I, Katherine M. Zurawski, declare as follows:

I am over eighteen years of age and not a party to the within action. My business address is 1528 El Camino Real, Suite 306, San Mateo, CA 94402. I am employed in San Mateo County, California.

On the date indicated below, I served a copy of

**VOLUNTARY DISMISSAL OF COMPLAINT BY PLAINTIFF Rule 41(a)(I)(A)(i)**

on the parties named below as follows:

[XX] **BY U.S. MAIL:** I am readily familiar with my employer's practice for collection and processing of correspondence for mailing with the United States Postal Service. I served said document(s) by following ordinary business practice and placing said document(s) in a sealed envelope for collection and mailing. In the ordinary course of business, said document(s) would have been deposited for first-class delivery with the United States Postal Service, with postage fully prepaid, the same day as placed for deposit. Each envelope bore the name and address of the person served as follows:

Charles G. Miller, Esq.
Kerry L. Duffy, Esq.
Bartko, Zankel, Tarrant & Miller
A Professional Corporation
900 Front Street, Suite 300
San Francisco, CA 94111
Tel: 415-956-1900
Fax: 415-956-1152
*Attorneys for Chasmar-Smithfield, Inc., and Charles A. Berle*

[ ] **BY FACSIMILE:** By transmission by facsimile machine telephone number (650) 312-1803 to the following:

Name:

Facsimile number:

The facsimile machine I used complied with California Rules of Court, and no error was reported by the machine. Pursuant to California Rules of Court, I caused the machine to print a transmission record of the transmission, a copy of which is attached to this declaration.

VOLUNTARY DISMISSAL OF COMPLAINT BY PLAINTIFF Rule 41(a)(I)(A)(i)

[ ]   **BY PERSONAL SERVICE:** By personally delivering said document(s) to the following:

[ ]   **BY CERTIFIED U.S. MAIL – RETURN RECEIPT REQUESTED:** I am readily familiar with my employer's practice for collection and processing correspondence for mailing with the United States Postal Service. I served said document(s) by following ordinary business practice and placing said document(s) in a sealed envelope marked Certified Mail-Return Receipt Requested for collection and mailing. In the ordinary course of business, said document(s) would have been deposited for delivery with the United States Postal Service, with postage fully prepaid, the same day as placed for deposit. Each envelope bore the name and address of the person served as follows:

[ ]   **BY OVERNIGHT DELIVERY.** Said document(s) were served by depositing said document(s) in a box or other facility regularly maintained by Federal Express, in a sealed envelope or package designated by the Federal Express, with delivery fees paid or provided for. Each envelope or package bore the name and address of the person served as follows:

[ ]   **BY OVERNIGHT DELIVERY.** Said document(s) were served by depositing said document(s) in the United States mail for Express Mail delivery at **\*\*INSERT ADDRESS OF NEAREST POST OFFICE LOCATION\*\*** in a sealed envelope with Express Mail postage thereon fully prepaid. Each envelope bore the name and address of the person served as follows:

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on **January 14, 2010,** at San Mateo, California.

*/s/ Katherine M. Zurawski*
Katherine M. Zurawski

---

- 3 -
VOLUNTARY DISMISSAL OF COMPLAINT BY PLAINTIFF Rule 41(a)(1)(A)(i)